**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| HIGH LINE CANAL COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO SECURITY INSURANCE COMPANY and JOHN DOES 1-5,<br><br>Defendants. | Cause No. CV-22-54-BU-BMM<br>Hon. Brian Morris<br><br>**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL CONFERENCE SCHEDULING ORDER** |

UPON MOTION, and good cause appearing therefore,

IT IS HEREBY ORDERED, that the motion to continue the preliminary pretrial conference and related dates set forth in the Order dated August 2, 2022 is GRANTED.

IT IS FURTHER ORDERED that the preliminary pretrial conference is reset for September 28, 2022 at 2:00 p.m.  The call-in number is as follows: 877-402-9753; access code: 5136505.

DATED this 18th day of August, 2022.

_____
Brian Morris, Chief District Judge
United States District Court