IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

---

| | |
|---|---|
| HIGH LINE CANAL COMPANY, | Cause No. CV-22-00054-BMM |
| Plaintiff, | |
| -vs.- | **THE HON. BRIAN MORRIS** |
| OHIO SECURITY INSURANCE and JOHN DOES 1-5, | **ORDER OF DISMISSAL** |
| Defendants. | |

---

Upon stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the above matter be dismissed with prejudice as fully and finally settled on the merits, each party to bear its own costs and attorneys' fees incurred herein.

DATED this 7th day of February, 2023.

_____
Brian Morris, Chief District Judge
United States District Court